IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

ORLANDO DELGADO COCHRAN
SONIA N. REYES GONZALEZ
DEBTOR(S)

CASE NO 11-00278-ESL

CHAPTER 13

## NOTICE OF FILING OF AMENDED CHAPTER 13 PLAN
## AND CERTIFICATE OF SERVICE

TO THE HONORABLE COURT:

NOW COME, **ORLANDO DELGADO COCHRAN and SONIA N. REYES GONZALEZ,** through the undersigned attorney, and very respectfully state and pray as follows:

1. Debtors are hereby submitting an amended Plan dated March 23, 2011, herewith and attached to this motion.

2. This amended Chapter 13 Plan is filed to increase the Plan base to cure the "insufficiently funded".

I **CERTIFY** that on this same date a copy of this notice was sent via electronically with the Clerk of the Court using CM/ECF systems which will send notifications of such to the Chapter 13 Trustee; and also certify that I have mailed by United States Postal Service copy of this motion to the following non CM/ECF participants: debtors, Orlando Delgado Cochran and Sonia N. Reyes Gonzalez; and to all creditors and parties in interest in the present case.

**RESPECTFULLY SUBMITTED.** In San Juan, Puerto Rico, this 23rd day of March, 2011.

/s/ *Roberto Figueroa-Carrasquillo*
USDC #203614
ATTORNEY FOR PETITIONER
PO BOX 193677
SAN JUAN PR 00919-3677
TEL NO (787) 744-7699 FAX 746-5294
EMAIL: rfigueroa@prtc.net

# United States Bankruptcy Court
# District of Puerto Rico

IN RE:                                                                               Case No. **11-00278-13**

**DELGADO COCHRAN, ORLANDO & REYES GONZALEZ, SONIA NOEMI**      Chapter **13**
Debtor(s)

## CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: _____          ☒ AMENDED PLAN DATED: **3/23/2011**
☐ PRE ☐ POST-CONFIRMATION          Filed by: ☒ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

$ **300.00** x **12** = $ **3,600.00**
$ **675.00** x **48** = $ **32,400.00**
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____

           TOTAL: $ **36,000.00**

Additional Payments:
$ _____ to be paid as a LUMP SUM within _____ with proceeds to come from:

☐ Sale of Property identified as follows:
_____
_____

☐ Other:
_____

Periodic Payments to be made other than, and in addition to the above:
$ _____ x _____ = $ _____

PROPOSED BASE: $ **36,000.00**

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ **2,774.00**

Signed: _____
         Debtor

_____
Joint Debtor

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR _____ $ _____
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☑ Trustee pays secured ARREARS:
Cr. **DORAL BANK**     Cr. _____     Cr. _____
# **30018532**     # _____     # _____
$ **28,418.93**     $ _____     $ _____
2. ☐ Trustee pays IN FULL Secured Claims:
Cr. _____     Cr. _____     Cr. _____
# _____     # _____     # _____
$ _____     $ _____     $ _____
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. _____     Cr. _____     Cr. _____
# _____     # _____     # _____
$ _____     $ _____     $ _____
4. ☐ Debtor SURRENDERS COLLATERAL to Lien Holder:
_____
5. ☐ Other:
_____
6. ☑ Debtor otherwise maintains regular payments directly to:
**DORAL BANK**
C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: _____
            ☐ Paid 100% / ☐ Other: _____
Cr. _____     Cr. _____     Cr. _____
# _____     # _____     # _____
$ _____     $ _____     $ _____
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: *(Executory contracts; payment of interest to unsecureds, etc.)*
* "Tax refunds will be devoted each year, as periodic payments, to the plan's funding until plan completion. The plan shall be deemed modified by such amount, without the need of further Court order. The debtor(s) shall seek court's authorization prior any use of funds."
*Or as otherwise specified on proof of claim.
Late filed claims filed by creditors will receive no distribution.
Debtor reserves the right to object claims after plan confirmation.

Attorney for Debtor **R. Figueroa Carrasquillo Law Office**          Phone: **(787) 744-7699**

CHAPTER 13 PAYMENT PLAN

DELGADO COCHRAN, ORLANDO
JARDINES DE PATILLAS
21 GLADIOLA STREET
PATILLAS, PR 00723


REYES GONZALEZ, SONIA NOEMI
JARDINES DE PATILLAS
B 13 GLADIOLA STREET
PATILLAS, PR 00723


R. Figueroa Carrasquillo
Law Office
PO Box 193677
San Juan, PR 00919-3677


DEPARTMENT OF EDUCATION
PO BOX 4169
GREENVILLE, TX 75403-4169


DORAL BANK
BOX 308
CATANO, PR 00963


SALLIE MAE
PO BOX 9500
WILKES BARRE, PA 18773-9500


SILVIA EGURROLA ALONSO
PO BOX 3633507
SAN JUAN, PR 00936-3507