IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

ORLANDO DELGADO COCHRAN
SONIA N. REYES GONZALEZ
DEBTOR(S)

CASE NO. 11-00278-ESL

CHAPTER 13

## MOTION AND NOTICE OF FILING OF POST-CONFIRMATION MODIFICATION OF CHAPTER 13 PLAN

TO THE HONORABLE COURT:

NOW COME, **ORLANDO DELGADO COCHRAN** and **SONIA N. REYES GONZALEZ**, through the undersigned attorney, and very respectfully state and pray as follow:

1. The debtors are hereby submitting a Post-confirmation Modification of Chapter 13 Plan, dated November 8, 2011, herewith and attached to this motion.

2. This Post-confirmation Modification of Chapter 13 Plan is filed to provide for the arrears with the Chapter 13 Trustee and Doral Bank.

### NOTICE

Within twenty-one (21) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.

I CERTIFY that on this same date a copy of this notice was sent by the Clerk of the Court using CM/ECF systems which will send notifications of such to the Chapter 13 Trustee; and also certify that I have mailed by United States Postal Service copy of this motion to the following non

CM/ECF participants: debtors, Orlando Delgado Cochran and Sonia N. Reyes Gonzalez; and to all creditors and parties in interest in the present case.

**RESPECTFULLY SUBMITTED.** In San Juan, Puerto Rico, this 8th day of November, 2011.

/s/ *Roberto Figueroa Carrasquillo*
ROBERTO FIGUEROA-CARRASQUILLO
USDC #203614
ATTORNEY FOR PETITIONERS
PO BOX 193677
SAN JUAN PR 00919-3677
TEL NO (787) 744-7699 FAX 746-5294
EMAIL: rfigueroa@rfclawpr.com

**United States Bankruptcy Court**
**District of Puerto Rico**

IN RE: Case No. 11-00278-13

**DELGADO COCHRAN, ORLANDO & REYES GONZALEZ, SONIA NOEMI**     Chapter 13
Debtor(s)

## CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: **11/08/2011**     ☐ AMENDED PLAN DATED: _____
☐ PRE ☑ POST-CONFIRMATION     Filed by: ☐ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

$ 300.00 x 7 = $ 2,100.00
$ 0.00 x 3 = $ 0.00
$ 300.00 x 2 = $ 600.00
$ 745.00 x 48 = $ 35,760.00
$ ____ x ____ = $ ____

TOTAL: $ 38,460.00

Additional Payments:
$ _____ to be paid as a LUMP SUM within _____ with proceeds to come from:

☐ Sale of Property identified as follows:
_____
_____

☐ Other:
_____
_____

Periodic Payments to be made other than, and in addition to the above:
$ ____ x ____ = $ ____

PROPOSED BASE: $ 38,460.00

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ **2,774.00**

Signed: /s/ _____ Debtor
/s/ _____ Joint Debtor

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR ____ $ ____
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☑ Trustee pays secured ARREARS:
Cr. **DORAL BANK**    Cr. **DORAL BANK**    Cr. _____
# **30018532**    # **Post-Petition8532**    # _____
$ **28,418.93**    $ **1,348.72**    $ _____
2. ☐ Trustee pays IN FULL Secured Claims:
Cr. ____ Cr. ____ Cr. ____
# ____ # ____ # ____
$ ____ $ ____ $ ____
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. ____ Cr. ____ Cr. ____
# ____ # ____ # ____
$ ____ $ ____ $ ____
4. ☐ Debtor SURRENDERS COLLATERAL to Lien Holder:
_____
5. ☐ Other:
_____
6. ☑ Debtor otherwise maintains regular payments directly to:
**DORAL BANK**
C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: _____
☐ Paid 100% / ☐ Other: _____
Cr. ____ Cr. ____ Cr. ____
# ____ # ____ # ____
$ ____ $ ____ $ ____
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: *(Executory contracts; payment of interest to unsecureds, etc.)*
**Additional Fees: $350.00**
\* "Tax refunds will be devoted each year, as periodic payments, to the plan's funding until plan completion. The plan shall be deemed modified by such amount, without the need of further Court order. The debtor(s) shall seek court's authorization prior any use of funds."
\*Or as otherwise specified on proof of claim.
Late filed claims filed by creditors will receive no distribution.
Debtor reserves the right to object claims after plan confirmation.

Attorney for Debtor **R. Figueroa Carrasquillo Law Office**     Phone: **(787) 744-7699**

CHAPTER 13 PAYMENT PLAN

DELGADO COCHRAN, ORLANDO
JARDINES DE PATILLAS
21 GLADIOLA STREET
PATILLAS, PR  00723


REYES GONZALEZ, SONIA NOEMI
JARDINES DE PATILLAS
B 13 GLADIOLA STREET
PATILLAS, PR  00723


R. Figueroa Carrasquillo
Law Office
PO Box 193677
San Juan, PR  00919-3677


DEPARTMENT OF EDUCATION
PO BOX 4169
GREENVILLE, TX  75403-4169


DORAL BANK
BOX 308
CATANO, PR  00963


SALLIE MAE
PO BOX 9500
WILKES BARRE, PA  18773-9500


SILVIA EGURROLA ALONSO
PO BOX 3633507
SAN JUAN, PR  00936-3507